1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RALPH DUDLEY,

Plaintiff,

v.

GLAXOSMITHKLINE LLC, *et al.*,

Defendants.

Case No. 20-cv-03913-SI

**AND ALL RELATED CASES**

**ORDER DENYING PLAINTIFFS'
MOTIONS FOR SHORTENED TIME;
SCHEDULING ORDER**

Re: Dkt. No. 19

In an  order filed June 22, 2020, the Court found this case related to 39 other cases pending in this District.  All of the related cases were originally filed in state court and removed to this Court on June 15, 2020 by defendants.  In all of the cases, defendants have filed motions to stay pending transfer to the MDL, and plaintiffs have filed motions to remand to state court.  In many of the cases, plaintiffs have also filed motions to shorten time on the motions for remand.[1]  The motions to transfer, for remand, and for shortened time are substantially similar in the related cases.

The Court finds that it is in the interest of judicial efficiency to consider the motions to remand and the motions for stay at the same time.  Accordingly, the Court DENIES all pending motions for shortened time in all of the related cases.  **In all cases, the  motions for remand shall be heard on July 24 along with the motions for stay.  The oppositions to the motions shall be filed no later than July 2, and replies shall be filed no later than July 10**.  **The Court encourages the parties to file joint or consolidated briefs rather than separate briefing in each of the 40 cases.**  The parties shall re-notice the pending motions for this Court's July 24 calendar at 10:00

---

[1]  The Court is aware that prior to the filing of the related case order, some of the motions for shortened time have been denied.

1   a.m.  At the July 24 hearing, the Court will set a schedule for an initial case management conference

2   or further proceedings as necessary.

3

4       **IT IS SO ORDERED**.

5

6   Dated: June 23, 2020

7                      SUSAN ILLSTON
                            United States District Judge

United States District Court
Northern District of California